**CV 16-0586**

ORIGINAL

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Bronina Ruslana Olegovna | MATSUMOTO, J. |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| President of the Russian Federation V. Putin and other | ) |
| *Defendant/Respondent* | SCANLON, M.J. |

RECEIVED FEB 0 1 2016 PRO SE OFFICE

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
A coalition of non-governmental anti-corruption organization, 04116, Kiev, Str. Starokievskaya, 9, room 147. I am not getting wages. Explanation in Addition 1.

My gross pay or wages are: $ __0.00__ , and my take-home pay or wages are: $ __0.00__ per
*(specify pay period)* __-__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
My parents provide financial assistance for me. The amount of financial assistance is $ 100 per month. In case of further absence of my wages I expect to receive such assistance from my parents during the year.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
On someone else's name, I did not hold nothing

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Costs on transport and communication services due to active public activities is $ 40. Expenditures on food. According to the Ukrainian legislation the minimum cost of living for one person is about $ 60. Consequently, monthly expenses for food constitute not less than $ 60.
Thus, the total monthly expenses for my rights and freedoms constitute the sum of $ 100.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I have no children and none depends on my support.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I have no debts and financial obligations.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   08/01/2016

_____
*Applicant's signature*

Bronina Ruslana Olegovna
*Printed name*

−13−

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRONINA RUSLANA OLEGOVNA
_____
(full name (s) of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number)

PRESIDENT OF RUSSIAN FEDERATION VLADIMIR PUTIN
INTERNATIONAL MONETARY FUND AND
OTHER.,_____

_____

_____
(full name(s) of the defendant(s)/respondent(s))

## Addition 1 to the question 2 of the APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am 25 years old, I finished school in Kiev, College of Law, graduated from the Law Academy, and 2 years ago received qualification of Master of law.

Such qualification and obtained in my student years 8-year-old volunteer human rights experience in a number of non-governmental organizations allowed me to take for the most difficult and the requested by society juridical work for the protection of the fundamental rights of human and society from corruption.

My active intransigent position and successful anti-corruption experience, apparently, causing at officials and employers' biased attitude and the blocking of my employability.

In view of the above circumstances, I continue to lead an active anti-corruption work at the a high international level as a volunteer (free of charge), but the financial costs by my life help ensure my parents.

According to the legislation of Ukraine a minimum living wage is $ 60. The maximum a monthly assistance that can provide my parents for me = $ 100 (at the exchange rate of the National Bank of Ukraine this is the 2500 hryvnia), that is (equivalent to) the salary of the young specialist in Ukraine. Provide additional financial support at my parents is not possible.

I'm unmarried, I have no children, that's why I can fully and without weekends to devote all my strength to fight against corruption, because unpunished growth of international corruption leads to an increase in bloody wars and environmental disasters.

I hope that the court rightly will appreciate my position and will help to protect the right to justice.

08.01.2016
Plaintiff: BRONINA RUSLANA OLEGOVNA