UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLEGOVNA
_____
(full name (s) of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

PRESIDENT OF THE RUSSIAN FEDERATION
VLADIMIR VLADIMIROVICH PUTIN ET
AL.,_____

_____
(full name(s) of the defendant(s)/respondent(s))

1:16-cv-00586
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number)

RECEIVED
IN CHAMBERS OF
HON. CAROL B. AMON

★ APR 15 2016 ★

**Petition № 1**

I am grateful to you for providing to me the right to defend my rights in your court and the opening of the case   1:16-cv-00586.
In addition to the sent earlier complaint and documents I consider necessary to inform the Honourable Court on the following.

1. During the 2004-2016 by the coalition of anti-corruption non-governmental organizations «Public court», which I am a member since 2006, been exposed the 6 main areas of laundering large state funds of the Russian people by the team of President of Russian Federation V.V . Putin. The withdrawal and money laundering is carried out by means of a major financial and trade flows to Europe through corruption schemes with mandatory use of European and, in particular, the British financial institutions and international regulators.
Such anti-corruption exposures and the formation of the evidence base for courts were carried more than 30 countries around the world with great counteraction, by risk of reprisals and exclusively due to own means, to ensure full independence.
By me personally collected the evidence and formed a basis for lawsuits on gas, financial- banking, petroleum, chemical, and stock-investment flows, which are sent from Russia for withdrawal  and money laundering in the amount of at least $ 10 billion annually. Many years of impunity of such flows to launder funds from Russia and the failure of US and European special services allowed Russian President V.Putin publicly organize schemes by withdrawal and  money laundering to Ukraine of $ 3 billion from the Fund of National Welfare of the Russian Federation. Still more, V.Putin publicly he had appointed all figurants – implementers of this  corruption scheme:
In Russia and the United Kingdom - VTB Bank, the Ministry of Finance of Russian Federation, Government of Russia, Euroclear



In Ukraine - the Government and the National bank of Ukraine
In Ireland - The Irish Stock Exchange

I continue to conduct investigation about the laundering of $ 3 billion and to contact the police of Ireland and the National Bank of Ukraine for getting a public information and with the requirement of the adoption by them of anti-corruption measures relating to laundering $ 3 billion. However, the National Bank of Ukraine has sent to me an official ban from the State Treasury Service of Ukraine not to provide public information about the above-mentioned $ 3 billion., and other information related to public government loans of Ukraine, that is direct of violation of the Constitution and laws of Ukraine.

I attach to this letter 2 new documents, which I ask attach to the case 1:16-cv-00586.

2. Also I inform you, that the post correspondence, by indicated in my complaint post address (Ukraine, Kiev, 03087, str. Umanskaya, 31, build 2) from USA recently comes damaged and with the disclosed packages, that gives to me grounds to believe, that, perhaps ,takes place destruction of judicial correspondence from the US with the aim of obstacle corrupt exposés of V.Putin and his allies in Ukraine and about opening by You Case 1:16-cv-00586 we found out from the Internet, in connection with which I ask you to inform, was the sent by the court by post in my address any information on the case 1:16-cv-00586,because I, unfortunately, had not received any notices from your court.

To avoid blocking of American justice in Ukraine by dishonest method, ask ,please, direct correspondence on the case 1:16-cv-00586 to the address: Ukraine, Kiev, 04116, Str. Starokievskaya, 9 , ap. 147 and, if possible, duplicate it by e-mail: blacklisteu@mail.ru

Attachment:
1. A copy of the letter from the police of Ireland CMR_1-71550/16 from 17.02.2016, which confirms of the registration statements R. Bronina about financial crimes committed on the Irish Stock Exchange (1 p.)
2. Copy of the letter of the Head of the State Treasury Service of Ukraine from 28.01.2016 №13-11/118-1499 addressed to the National Bank of Ukraine about the illegal and unreasonable prohibition provide to Bronina R.O. any information about the movement and the dates of transfer $ 3 billion from the Noational welfare Fund of Russian Federation to the National Bank of Ukraine(1 p.)

Sincerely,
Date: 03.18.2016

Plaintiff:
Bronina Ruslana Olegovna

Tel.: +38067 398-80-57

# An Garda Síochána

Oifig Rúnaí Príobháideach
an Choimisinéara
An Garda Síochána
Páirc an Fhionnuisce
Baile Átha Cliath 8
D08 HN3X



Office of the Commissioner's
Private Secretary
Garda Headquarters
Phoenix Park
Dublin 8
D08 HN3X

Tel/Teileafón:   (01) 66 62020

Fax/Facs:        (01) 66 62021

Láithreán Gréasáin / Website:
www.garda.ie

Ríomhphost / E-mail:
commissioner@garda.ie

Luaigh an uimhir tharaghta seo a leanas
le do thoil:
Please quote the following ref. number:

Bí linn/Join us 

---

CMR_1-71550/16

Ms. Ruslana Bronina
International Anti-Corruption Court
03807 Ukraine
Kiev
Post box 27

Dear Ms. Bronina

I am directed by the Commissioner to acknowledge receipt of your correspondence which was received at this office on 15 February 2016 and has been forwarded to Assistant Commissioner, National Support Services, An Garda Síochána, Harcourt Square, Harcourt Street, Dublin 2 D02 DH42 (email: commissioner_nss@garda.ie ph: 01 6663033) for attention and you will be contacted further in course.

Yours sincerely

*FRANK WALSH*

**FRANK WALSH
SUPERINTENDENT
PRIVATE SECRETARY
TO COMMISSIONER**

17th February 2016



# ДЕРЖАВНА КАЗНАЧЕЙСЬКА СЛУЖБА УКРАЇНИ

вул. Бастіонна, 6, м. Київ, 01601, тел. (044) 281 49 34, факс (044) 281 49 18
Web: http://www.treasury.gov.ua   E-mail: office@treasury.gov.ua   Код ЄДРПОУ 37567646

28.01.2016 № 13-11/118-1499   На №_____

**НАЦІОНАЛЬНИЙ БАНК УКРАЇНИ**

ОПЕРАЦІЙНИЙ ДЕПАРТАМЕНТ

*Щодо надання інформації*

Державна казначейська служба України розглянула листи Національного банку України від 30.12.2015 №55-03002/105711 та від 19.01.2016 №55-0005/4293 до запитів Благодійної організації «Фонд «Міжнародні антикорупційні суди» від 23.12.2015 №01512448028 та від 12.01.2016 №0161020544 відповідно, та відмовляє у наданні дозволу щодо надання інформації та документів по операціях, які зазначені у запитах Благодійної організації «Фонд «Міжнародні антикорупційні суди».

В.о. Голови                                                          В.П. Дуда

Операційний департамент НБУ
01 ЛЮТ 2016
ВХІДНА № 740/12914

Токар 286-78-90

**Bronina Rustam Hercegovina**

**International Anti-Corruption Court**
03087, Ukraine, Kiev, Post box 27,
Ukraine, Kiev, 03087, str. Umanskaya, 31, building 2

US District Court for the Eastern District of New York
Honorable Chief District Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201 USA, США