UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRONINA RUSLANA OLEGOVNA,                           JUDGMENT
                                                    16-CV- 0586 (KAM)
               Plaintiff,

  -against-

PRESIDENT OF THE RUSSIAN FEDERATION
VLADIMIR VLADIMIROVICH PUTIN; PRIME
MINISTER OF UKRAINE ARSENY PETROVICH
YATSENYUK; INTERNATIONAL MONETARY
FUND; and AZAROV NIKOLAI YANOVICH,

              Defendants.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on June 1, 2016, dismissing Plaintiff's complaint with prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h) (3) and 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperis* status for the purpose of any appeal; and directing the Clerk of Court to enter judgment in favor of Defendants; it is

      ORDERED and ADJUDGED that Plaintiff's complaint is dismissed with prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; that *in forma pauperis* status is denied for the purpose of any appeal; and that judgment is entered in favor of Defendants and against Plaintiff.

Dated: Brooklyn, New York                                       Douglas C. Palmer
      June 01, 2016                                                Clerk of Court

                                                                   by:    */s/ Janet Hamilton*
                                                                           Deputy Clerk

Case 1:16-cv-00586-KAM-VMS    Document 6    Filed 06/01/16    Page 2 of 2 PageID #: 55